UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

————————————————————————X

THE ANNUITY, WELFARE AND APPRENTICESHIP
SKILL IMPROVEMENT & SAFETY FUNDS OF THE
INTERNATIONAL UNION OF OPERATING ENGINEERS
LOCAL 15, 15A, 15C & 15D, AFL-CIO, BY THEIR
TRUSTEES THOMAS A. CALLAHAN, JOHN McNAMARA,
MICHAEL SALGO and WILLIAM TYSON, CENTRAL
PENSION FUND OF THE INTERNATIONAL UNION OF
OPERATING ENGINEERS, BY ITS CHIEF EXECUTIVE
OFFICER JOSEPH SHELTON, and INTERNATIONAL
UNION OF OPERATING ENGINEERS LOCAL 15, 15A, 15C
& 15D, AFL-CIO BY ITS PRESIDENT & BUSINESS
MANAGER THOMAS A. CALLAHAN,

**STIPULATION OF
DISCONTINUANCE**

25-CV-4667 (JAM)

                                                    Plaintiffs,

          -against-

BAYMEN INDUSTRIES LTD.,

                                                    Defendant.

————————————————————————X

          **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the
attorneys of record for the parties to the above-entitled action, that whereas no party is an infant,
incompetent person for whom a committee has been appointed and no person not a party has an
interest in the subject matter of the action, the above-entitled action be and the same hereby is
discontinued as against Defendant BAYMEN INDUSTRIES LTD., and without costs to either
party as against the other, and without waiver of Plaintiffs's right of enforcement of the
separately entered into Settlement Agreement.  This Stipulation may be filed without further
notice with the Clerk of the Court.

Dated: Tarrytown, New York
          March __, 2026

BRADY McGUIRE & STEINBERG, P.C.

By: _____
James M. Steinberg, Esq.
Attorneys for Plaintiffs
220 White Plains Road, Suite 390
Tarrytown, New York 10591
(914) 478-4293
james@bradymcguiresteinberg.com

THE ZISKIN LAW FIRM, LLP

By: _____
Richard B. Ziskin, Esq.
Attorneys for Defendant
6268 Jericho Turnpike, Suite 12A
Commack, New York 11725
(631) 462-1417
richard@ziskinlawfirm.com

**SO ORDERED:**   03/20/2026

_Joseph A. Marutollo_
**The Honorable Joseph A. Marutollo
United States Magistrate Judge**